ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2009 MAR -6 P 12: 35
CLERK B McCarty
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TIRZOM CALDERON-MEIJA, | ) |
| Petitioner, | ) |
| v. | ) CV 308-045 |
| WALT WELLS, Warden, et al., | ) |
| Respondents. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this petition for habeas relief is **DISMISSED** as **MOOT**.

SO ORDERED this ____ day of March, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE